# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JEAN K. CONQUISTADOR
    PLAINTIFF,

V.

HARTFORD POLICE DEPARTMENT,
JOHN DOE 1, and JOHN DOE 2
in their individual and official capacity.
    DEFENDANTS.

**COMPLAINT**
CV NO. 3:15 CV 1617 (CSH)
HON.

FILED 2015 NOV -9 A 11:05
US DISTRICT COURT
HARTFORD CT

**JURY TRIAL DEMANDED**

## JURISDICTION AND VENUE

1) This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation under color of state law of rights secured by the Constitution of the United States of America. The Court has jurisdiction under 28 U.S.C. Section 1331 and 1343(a)(3). The Plaintiff seeks declatory relief pursuant to 28 U.S.C. Section 2201 and 2202.

1. The District of Connecticut is an appropriate venue under 28 U.S.C. Section 1391(b)(2) because it is where the events giving rise to this claim occurred.

## **PLAINTIFF**

2. Plaintiff Jean K. Conquistador is and was at all times mentioned herein a Hartford Connecticut resident.  The following is the plaintiff's mailing address:

Central Connecticut State University
1615 Stanley Street, P.O. Box 4008
New Britain, CT 06050

## DEFENDANTS

1) Defendant JOHN DOE 1 is an employee of the Hartford Police Department, who at all times mentioned in this complaint, held the rank of police officer and was assigned to Hartford Police Department.

2) Defendant JOHN DOE 2 is an employee of the Hartford Police Department, who at all times mentioned in this complaint, held the rank of police officer and was assigned to Hartford Police Department.

3) Defendant Hartford Police Department is Hartford Connecticut's Police Department and is responsible for the safety and protection of Hartford residents. The Hartford Police Department is located at 50 Jennings Road, Hartford, CT 06120.

## FACTS

1) The plaintiff is Latino.

2) On July 31, 2015, at approximately 7:15 a.m., the plaintiff was inspecting a BMW and a Mercedes Benz parked on the corner of Greenfield Street and Enfield Street.

3) On July 31, 2015, at approximately 7:15 a.m., Defendant John Doe 1 approached the plaintiff in a police cruiser. Defendant John Doe 1 then began interrogating the plaintiff asking questions like "what are you doing? Why are you here? Are you selling drugs?" and several other questions that led to the plaintiff becoming exasperated.

4) The plaintiff replied stating that he was only inspecting the vehicles in the parking lot for possible purchase.

5) Defendant John Doe 1 replied stating "yeah right", and then got out of his police cruiser demanding that the plaintiff produce identification.

6) As defendant John Doe 1 got out of his vehicle, another white officer approached the plaintiff.

7) The plaintiff asked defendant John Doe 1 for an explanation as to why he was being asked to produce identification. Defendant John Doe 1 replied stating that the Hartford Police Department received a call from a Hartford resident complaining of people "walking in the area too much."

8) Defendant John Doe 2 then began asking the plaintiff multiple questions and stating "a Puerto Rican checking out a BMW and a Mercedes Benz. You must be selling drugs", followed by defendant John Doe 1 stating "maybe he's trying to steal one of the cars." The plaintiff denied both defendant's allegations.

9) Defendant Joh Doe 2 then writes down the plaintiff's information in a writing pad and orders him to leave the area. And that they would arrest him if they saw him again..

10) The plaintiff replied stating "for what?" Defendant John Doe 1 replied to the plaintiff's question stating "we'll think of something, now get the fuck out of here!"

11) On an unspecified date and time, the plaintiff called the Hartford Police Department and asked if the Hartford Police Department received any complaints on July 31, 2015 by Hartford residents complaining of people "walking in that area too much". Jane Doe, the officer that checked the call logs for that day, told the complainant that there were no such calls.

## LEGAL CLAIMS

1) The Plaintiff re-alleges and incorporates by reference paragraphs 1-11.

2) The discrimination, racial profiling, and harassment violated Plaintiff Jean Karlo Conquistador's rights and constituted a violation of the Equal Protection stipulation under the 14th Amendment to the UNITED STATES OF AMERICA.

3) The Plaintiff has no plain, adequate, or complete remedy at law to redress the wrongs described herein.

## **PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff respectfully prays that this Court enter judgement granting the Plaintiff:

4) A declaration that the acts and omissions described herein violated the Plaintiff's rights under the Constitution and laws of the UNITED STATES OF AMERICA.

5) Compensatory damages in the amount of $50,000 against each defendant.

6) Punitive damages in the amount of $50,000 against each defendant.

7) A jury trial on all issues triable by jury.

8) Plaintiff's costs in this suit.

9) Any additional relief this Court deems just, proper, and equitable.

Respectfully submitted,  
Jean K. Conquistador  
Community and Civil Rights Activist  
1615 Stanley Street, P.O. Box  
New Britain, CT 06050  
Jeankarloconquistador@gmail.com  
(860) 913-8994

Signed: 

## VERIFICATION

I, Jean Karlo Conquistador, have read the foregoing complaint and hereby verify that the matters alleged therein are true. I certify under penalty of perjury that the foregoing is true and correct to the best of my ability.

Executed at New Britain Connecticut on November 7, 2015.

Signed: _____